[No. 22976-5-II.    Division Two.    April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN J. VANTIEM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-8-01722-9, Scott Neilson, J. Pro Tem., entered February 19, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22995-1-II.    Division Two.    April 23, 1999.]

LEONARD A.W. NELSON, JR., ET AL., *Respondents*, v. STEPHEN R. HOSKINS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-2-00101-5, Joel M. Penoyar, J., entered January 15, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 23461-1-II.    Division Two.    April 23, 1999.]

*In the Matter of the Personal Restraint of* CHRISTOPHER ST. PIERRE, *Petitioner.*

Petition for relief from personal restraint. *Granted in part, denied in part* and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.